In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-284 CV


____________________



THE ATTORNEY GENERAL OF TEXAS, Appellant



V.



MILTON C. HOWARD, ET AL., Appellees






On Appeal from the 58th District Court


Jefferson County, Texas


Trial Cause No. A-174603-A






MEMORANDUM OPINION


 The appellant, The Attorney General of Texas, filed a motion to dismiss this appeal.
The Court finds that this motion is voluntarily made by the appellant prior to any decision
of this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a
notice of appeal. The motion to dismiss is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED. 

 ___________________________

 DAVID GAULTNEY

 Justice

Opinion Delivered July 27, 2006

Before McKeithen, C.J., Gaultney and Kreger, JJ.